MIZELL LIVE STOCK COMPANY, A CORPORATION, *Plaintiff in Error*, v. GARRISON A. POLLARD, *Defendant in Error.*

## Opinion filed February 15, 1916.

Where the trial court grants a new trial on a motion containing several grounds, without stating any ground on which the ruling was based, the order will be affirmed when authorized by any ground of the motion.

Writ of error to Circuit Court, Leon County; J. W. Malone, Judge.

Order affirmed.

*W. J. Oven,* for Plaintiff in Error;

*Fred T. Myers,* for Defendant in Error.

PER CURIAM.—This is a writ of error directed to the granting of a new trial.

The motion for a new trial contained several grounds which questioned the sufficiency of the evidence to support the verdict and also claimed newly discovered evidence. The trial Judge simply granted the motion without specifying the ground upon which his order was based. We have examined the transcript of the record and are of the opinion that the order must be affirmed upon the authority of Ruff v. Georgia Southern & Florida Ry. Co., 67 Fla. 224, 64 South. Rep. 782, and Chancey v. Williams, 56 Fla. 215, 47 South. Rep. 811.

Order affirmed.